Filing # 169077828 E-Filed 03/20/2023 10:01:48 AM

16-2023-CA-002602-XXXX-MA Div: CV-H

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

MARY HUGHES,

    Plaintiff,

-vs-

FAMILY DOLLAR STORES OF FLORIDA,
LLC, a Foreign Limited Liability Company,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MARY HUGHES, by and through the undersigned attorneys, hereby files this Complaint against Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, a Foreign Limited Liability Company (hereinafter "FAMILY DOLLAR") and alleges:

1. This is an action for damages, which exceed the sum of FIFTY THOUSAND AND ONE DOLLARS ($50,001.00), exclusive of costs, interest, and attorneys' fees. The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court. Accordingly, Plaintiff has entered $50,001.00 in the civil cover sheet for the "estimated amount of claim" as required in the civil cover sheet. The Florida Supreme Court has ordered that the estimated amount of claim be set forth in the civil cover sheet for data collection and clerical purposes only. The actual value of the Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

1

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 03/22/2023 11:33:04 AM

2. At all times material hereto, Plaintiff, MARY HUGHES, was a resident of Duval County, Florida.

3. At all times material hereto, Defendant, FAMILY DOLLAR, was and is a foreign profit corporation, licensed and authorized to do business in the State of Florida, and which owns and/or operates a business, located at 4750 Soutel Dr, Duval County, Jacksonville, FL 32208.

4. Venue in Duval County, Florida is proper as the injuries, sustained by Plaintiff, MARY HUGHES, occurred at a Family Dollar store, located at 4750 Soutel Dr, Duval County, Jacksonville, FL 32208.

## COUNT I- NEGLIGENCE OF
## FAMILY DOLLAR STORES OF FLORIDA, LLC

Plaintiff re-adopts and re-alleges paragraphs one through four as if fully set forth herein, and further alleges as follows:

5. At all times material hereto, including May 1, 2021, Defendant, FAMILY DOLLAR, owned, operated, leased, possessed, controlled and/or managed the premises, located at 4750 Soutel Dr, Jacksonville, FL 32208. Said business, being that of a retail store, was opened to the general public and to those persons, lawfully invited to be upon said premises.

6. On or about May 1, 2021, Plaintiff was lawfully upon Defendant, FAMILY DOLLAR's premises, located at the above address, as an invitee.

7. At said time and place, Plaintiff, while conducting her shopping, slipped and fell in an unknown clear, slippery and sticky substance on the floor sustaining serious injury.

8. At all times material hereto, Defendant, FAMILY DOLLAR had a non-delegable duty to keep the premises, in a reasonably safe condition for Plaintiff, MARY HUGHES, and other persons of lawfully in and bout the business, and further, not to create or allow any dangerous conditions to exist on or about its premises.

9. At all times material hereto, Defendant, FAMILY DOLLAR, breached the above duty in one or more of the following ways:

a. *Negligently failing to maintain or adequately maintain* its premises, including the aforementioned aisle with the spilled clear, slippery and sticky liquid substance, thus creating a hazardous condition to members of the public utilizing said exit, including Plaintiff, MARY HUGHES, thus creating an unreasonably dangerous condition for Plaintiff, MARY HUGHES.

b. *Negligently failing to clean, wipe, scrub and/or close* the aforementioned aisle in which the subject spilled clear and slippery and sticky liquid substance was present, including the subject premises floor and in an egress that was open to the public, thus creating a hazardous condition to members of the public utilizing said entrance/exitway(s);

c. *Negligently failing to inspect or adequately inspect* the store, including the aforementioned aisle/egress with the spilled clear, slippery and sticky liquid substance, as specified above, to ascertain whether the premises and/or egresses constituted a hazard to pedestrians utilizing said egresses, including Plaintiff, MARY HUGHES;

d. *Negligently failing to inspect or adequately warn* Plaintiff, MARY HUGHES, of the danger of the floors and aisles in the store, including the floor and/or aisle with the

3

spilled clear, slippery and sticky liquid substance, when Defendant, FAMILY DOLLAR knew or through the exercise of reasonable care should have known that the floor and/or aisle with the spilled clear, slippery and sticky liquid substance created an unreasonably dangerous condition, and that Plaintiff, MARY HUGHES was unaware of same; and

e. *Negligently failing to correct or adequately correct* the unreasonably dangerous condition of Defendant's premises, including the egress with the spilled clear, slippery and sticky liquid substance, when said condition was either known to Defendant, created by the Defendant, or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

10. As a direct and proximate result of Defendant, FAMILY DOLLAR's foregoing negligence, Plaintiff, MARY HUGHES, was injured in and about her body and/or aggravated a pre-existing condition or injury, suffered physical handicap, suffered significant scarring and disfigurement, suffered psychological and emotional injuries, sustained permanent injuries within a reasonable degree of medical probability and/or suffered permanent loss of an important bodily function, and has lost the capacity for the enjoyment of life.

11. In that injuries suffered by Plaintiff, MARY HUGHES are continuing in nature, she will continue to suffer pain, disfigurement, scarring, psychological and emotional injuries, physical handicaps and permanent injury in the future, and will be further compelled to expend great sums of money for medical care and related treatment for those injuries and will continue to suffer the loss of capacity for the enjoyment of life.

**WHEREFORE**, Plaintiff, MARY HUGHES, demands judgment against Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, for damages and costs and demands a trial by jury of all issues herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing will be furnished to the above-named Defendant by process server.

FARAH & FARAH, P.A.

*[signature]*

**Joseph Abdel-Malak, Esq.**
Florida Bar No.: 1017879
10 West Adams Street
Jacksonville, FL 32202
T/F: (904) 862-2740
Primary:jabdelmalak@farahandfarah.com
Secondary: nyaroshevskaya@farahandfarah.com
*Attorney for Plaintiff*

5